IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

**FILED**
APR 2 6 2005
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY _____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. CR-04-94-C |
| ) | |
| SEAN MICHAEL GILLESPIE, ) | |
| Defendant. ) | |

## VERDICT

We, the jury, being duly sworn and upon our oaths find the defendant, SEAN MICHAEL GILLESPIE:

With respect to Count 1      Not Guilty _____   Guilty __X__

With respect to Count 2      Not Guilty _____   Guilty __X__

With respect to Count 3      Not Guilty _____   Guilty __X__

4/26/2005
DATE

John A. Brett
FOREMAN