(1)

Dear Ms. Barry and Judge Cauthron,

I am writing this letter to clarify the person I am today. I know that my disciplinary record is extensive and makes me seem like a violent and unremorseful person. I would appreciate a few minutes of your time to correct this assertion and show you that not only am I remorseful of my crime, but deserve a second-chance.

First, I would begin by proudly declaring that I am no longer the racist I was when I was young. Race, religion, sexual-orientation or culture are things that do not matter to me. I have worked diligently to separate myself from that person since 2008. For a full-length explanation to these changes, I would refer you to the Washington Post article from August 2017 by Michael Miller and a letter I sent to AUSA Creager. They both detail the work I have done to combat racism.

②

Those changes did not come easy. Hate was a habit for me by then and it took years to unprogram this mentality. I did not recieve any help or guidance in this endeavor, I did it on my own. Making these changes put my safety in question. Racist gangs inside and outside of prison called for violence against me. Even my (now) ex-wife made this clear in the last interaction we had. On the phone she called me a "race traitor" and "nigger-lover" before hanging up.

Still despite the loss of so-called "friends", and the personal dangers to myself, I do not regret the changes I have made. My life has only improved.

There have been psychological consequences however that I did not foresee. Now, I was serving a lengthy sentence for a cause I found repugnant. I felt isolated and lonely during 8 plus years in solitary-confinement at A.D.X.. I was and in ways

③

am still depressed. At times I was even suicidal. I had no hope, gave up and stopped caring, acting out in desperation. I offer no excuses for this.

During this time of inner-turmoil and conflict I also did wonderful things with my situation. I not only left the racist Movement, but actively began to work against hate. I cooperated with law enforcement in several cases involving white-supremacist individuals (David "Joey" Pederson) and gangs (Aryan Resistance Militia). I reached out to and began to assist anti-racist civil-rights organizations helping where I could. I wrote articles online against hate. I also began to assist a professor, Kevin Fornshill, at George Mason University, to teach his criminology students. I continue to do this today and plan to do so as long as they feel I am being helpful.

I also began to reach out to my victim, Temple B'nai Israel and Rabbi Vered Harris. They showed me great kindness and forgiveness

(4)

that I do not feel I deserve. I can never repay them for that forgiveness, and can only attempt to be worthy of it.

At the time of my first sentence I was a terrible individual, and this continued into my prison experience early on. I will not attempt to downplay or mollify these behaviors. They are horrible, however, they are not representative of who I am internally or the changes I have made. The majority of violence I committed in prison was prior to my leaving racism behind. I was young, angry and blamed everyone but myself for my situation.

In my 2005 sentencing, Rabbi Cohen, Temple B'nai's rabbi asked the court to give me psychological treatment and keep me away from white-supremacist inmates who would applaud my crime. Instead, I was sent to USP Florence, the most racially charged prison in the Federal system at that time. Coming off the bus I was given a 6-inch plus stack of racist literature

⑤

and skinhead magazines. I was also introduced to racist Movement leader and so called "hero" David Lane. My crime was lauded as Rabbi Cohen feared. Inmates and the prison allowed violence with minimal or no consequence. I was a scared 21 year-old kid serving 39 years, and these people were like a family (or so I thought then). This does not justify my disciplinary record, I mention it only to show context in relation to the environment I was living in.

    Once I left the Movement behind I was alone. I became paranoid, scared and I lashed out. I was often placed around gang-members who threatened and harrassed me. I acted out more, in fear and in desperation. I was suffering from P.TSD, depression and anxiety. I dont want to seem like I am trying to be the "victim" because I deserved to be in prison and ultimately made my own decisions in life. I just want you to know what I was going through in

(6)

relation to my disciplinary record.

I know that as a prosecutor and judge your duty is to protect the public and my crime/disciplinary record may cause you to have concerns about releasing me back into society with time served. I understand this, but know that I am no longer a danger to anyone in society. Right now, as I write this letter, I am at USP Tucson which is 85% sex-offender. I was sexually abused and raped as a child. The Bureau was hesitant about placing me here and quite frankly told me they expected me to be violent to child-molesters. I could have been, again with little consequence, but I did not. In fact I enrolled in the cognitive therapy based residential Challenge Program to continue to better myself. In this program I have not had an easy time listening to someone talk about abusing toddlers, and it sickens me, YET, I have not been violent to them. I am here to better myself.

(7)

I ask you, if I can live and listen to this in an environment where violence has little consequence, how could I not be successful outside of prison where I can choose whom I associate with and where violence is not socially acceptable? I know I would thrive successfully on "the streets" and have a lot of opportunities available. I would like to talk about a few of them briefly.

   I am the only felon in my family. My support base is therefore conducive for successful reintegration into society. I want to work, have no substance abuse issues (I was a teen when I last used drugs), have a high-school diploma and am determined to succeed in life.

   To ensure success, I have developed a thorough re-entry plan, of which my attorney Tony Lacy has a copy, complete with attached documentation.

   I have employment and housing (which was recently approved for courtesy supervision by the Spokane Probation office) with my younger

⑧

brother at his construction business. This will be my initial employment upon release. I also have career opportunities speaking against racism for several organizations, including a potential employment at the Anti-Defamation League. I will be able to use my story of change to help others, making sure they do not follow my path.

Unfortunately, during my time in prison I got extensive racist tattoos. However, upon my release I have places that will remove the visible ones and cover the rest, all at no charge. Several individuals and organizations will assist in this (Redemption Ink is one).

I am desirous of releasing as soon as possible with time served, so that I may have the time to save up enough tuiton money for enrollment in the Fall semester at Spokane Community College. I am excited to begin my secondary education to improve my career opportunities.

I know that I will not be able to do this alone and I will not. I

(9)

will be attending L.D.S. (mormon) services in my community. Not only will this give me positive social support, but I will be utilizing church resources to gather a support network, attend mental health counseling and spiritual devotion.

I want to do what I am capable of to better the world around me. I plan on working with at-risk youth, gang-members and others to make sure they do not follow my path. I have many ideas of ways to do that online. In light of recent anti-semitic attacks a message of hope, against hatred is really needed.

Lastly, I have served 16 years in prison. This is 7 years over the maximum guideline. My family misses me. Several of them have serious health issues (my mother, father, aunt and uncle). I want to be there for them and repair the relationships I destroyed with my hatred. My family were victims as much as

10

Temple B'nai and I want to be able to atone for my wrongs to them. I deserved to be in prison, but feel that I deserve another chance. I am not a 20 year-old ignorant kid, but a 36 year-old man who regrets the path he took in life.

I know your jobs are to seek justice for my victim and to protect society. I appreciate that and only ask that in seeking justice you allow for mercy, and I beg for mercy now. I vow to show you it will not be squandered. Thank you for taking the time to hear me.

Respectfully,

Sean Gillespie

(11)

I do not expect you to take everything I say on face value and so am including a list of people who can attest to the changes I have made in my life. They are listed below:

1. Daryle Lamont Jenkins (Oscar-winning African-American Activist)
   PH: 267-666-3483   E: dlj@onepeoplesproject.com

2. Debra Vasquez (Mother)
   PH: 509-475-1389

3. Sharon and Ed Etheridge (Aunt and Uncle)
   PH: 509-467-6432   E: EdwardE725@aol.com

4. Kevin Fornshill (George Mason Univ. Proffessor)
   PH: 202-550-4151   E: kfornshi@gmu.edu

5. Bethany Jones (Documentary Film-maker/Producer)
   PH: 818-518-7576   E: Bethanycdjones@hotmail.com

6. Michael Miller (Washington Post Reporter)
   PH: 202-334-4448   E: michael.eamonn.miller@gmail.com

(12)

7. Donald Gillespie (Father)
   E: dongillespie01@msn.com

8. Shane Gillespie (Brother)
   PH: 509-329-8629

9. Megan Sheesley (Pen Pal)
   E: mlorena87@gmail.com

10. Malorie Lane (Pen Pal)
    E: mallie1211@gmail.com

I also ask you contact my victim Temple B'nai Israel and Rabbi Vered Harris to see how they feel. I have other contacts as well but figure 10 is enough for now.